IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEWIS E. BECERRA,

      **Plaintiff,**

                                      Civil No. 10-889 JAP/LFG

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

      **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the *Magistrate Judge's Analysis and Recommended Disposition* [Doc. 21], filed November 21, 2011. Objections were due within 14 days of service of the analysis and recommendation, [see id. at 1 n.1], but none was filed. Pursuant to the "firm waiver" rule to which the Tenth Circuit subscribes, a party who fails to object to a magistrate judge's findings and recommendations in a timely manner waives appellate review of both factual and legal questions. See Wirsching v. Colorado, 360 F.3d 1191, 1197 (10th Cir. 2004). Thus, absent objections, appellate review is not permitted.

**IT IS, THEREFORE, ORDERED** that the *Magistrate Judge's Analysis and Recommended Disposition* [Doc. 21] is hereby adopted by the Court, and this cause is remanded to the Administrative Law Judge consistent with, and for the reasons set forth in, the Magistrate Judge's November 21, 2011 analysis and recommendation.

                                                              /s/ James A. Parker
                                                              James A. Parker
                                                              Senior United States District Judge